IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:15CR 100 -1 |
| | : | |
| LIN CHENG | : | |

The Grand Jury charges:

On or about March 4, 2015, in the County of Orange, in the Middle District of North Carolina, LIN CHENG, in a matter within the jurisdiction of the executive branch of the Government of the United States of America, that is, the Federal Bureau of Investigation, in order to mislead the Federal Bureau of Investigation, did willfully and knowingly make materially false, fictitious, and fraudulent statements and representations, to wit: (a) denied having possession of information belonging to CREE, Inc.; (b) stated that she reported to her employer the entirety of all communications with Ares Fang; (c) denied that she transferred proprietary information belonging to CREE, Inc., to persons outside of CREE, Inc.; and (d) claimed that a contract with NCJ Consulting was for her husband's marketing advice, when in truth and in fact, as she then well knew, she was in possession of a computer file containing a production process belonging to CREE, Inc.; she did not reveal to her employer the entirety of all communications with Ares Fang; she transferred proprietary information belonging to CREE, Inc., to persons outside

of CREE, Inc.; and that the contract with NCJ consulting was not related to her husband providing marketing advice; in violation of Title 18, United States Code, Section 1001.

A TRUE BILL:

GRAHAM T. GREEN
ASSISTANT UNITED STATES ATTORNEY

RIPLEY RAND
UNITED STATES ATTORNEY

2